IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                         No. 1:06cr10001-001

ANTHONY JAMERSON                                                       DEFENDANT

**O R D E R**

At the arraignment and plea conducted this date, defense counsel agreed that the defendant is currently being held on state charges in Columbia County, Arkansas and would be detained by the state if released; therefore, the issue of release/detention is moot.

It is therefore found and ordered that the defendant should be held in custody of the U.S. Marshal pending further proceedings in this matter.

SO ORDERED this 7th day of March 2006.

                                        */s/ Bobby E. Shepherd*
                                        HON. BOBBY E. SHEPHERD
                                        UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**