Case 1:06-cr-10001-HFB   Document 66   Filed 03/09/12   Page 1 of 1 PageID #: 169

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Anthony Jamerson | ) Case No: 1:06CR10001-001 |
| | ) USM No: 06723-010 |
| Date of Original Judgment: December 14, 2007 | ) |
| Date of Previous Amended Judgment: | ) Chase Carmichael |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  97  months **is reduced to**  78  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  December 14, 2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  7 March 2012

                                    *Judge's signature*

Effective Date:  _____        Harry F. Barnes  U.S. Dist Judge
  *(if different from order date)*       *Printed name and title*

MAR 09 2012

CHRIS R. JOHNSON, Clerk
By
  Deputy Clerk